of the Claim of Mrs. ANNA SCHWEITZER, Mother, Respondent, for Compensation for Herself and Minor Child for the Death of HENRY WICHSER, v. THE THOMPSON & NORRIS COMPANY OF NEW JERSEY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award affirmed. All concur, except H. T. Kellogg, J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARY MOONEY, Respondent, for Compensation under the Workmen's Compensation Law, v. DELMONICO'S, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.— Award reversed for failure of proof showing that the disability arose from the accident complained of, and matter remitted to the Commission. All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of GERTRUDE BAUMANN, Respondent, for Compensation under the Workmen's Compensation Law, v. HARLEM INDEPENDENT HYGEIA ICE COMPANY, Employer, and EXCHANGE MUTUAL INDEMNITY INSURANCE COMPANY, Insurer, Appellants.— Award unanimously affirmed.

EVELYN E. PETTEYS, by GEORGE PETTEYS, Her Guardian ad Litem, Respondent, v. JOSEPH J. LORDI, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

EVELYN E. PETTEYS, by GEORGE PETTEYS, Her Guardian ad Litem, Respondent, v. JOSEPH J. LORDI, Appellant.— Judgment and order unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERIE RAILROAD COMPANY, Appellant, v. SAMUEL BAYLESS and Others, as Assessors of the Town of Kirkwood, Broome County, New York, Respondents. (1901, 1902, 1903, 1904 Proceedings).— Judgment and order unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY A. LAYCOCK, Appellant.— Judgment of conviction affirmed. All concur, except Cochrane and Kiley, JJ., dissenting.

ANNETTA ROSE, Appellant, v. THE TOWN OF MORRIS, Respondent.— Interlocutory judgment unanimously affirmed, with costs, with leave to the plaintiff, within twenty days, to plead over, on payment of said costs and the costs included in the interlocutory judgment.

MARGARET K. REGAN, Appellant, v. JAMES M. GAFFERS, Respondent.— Order unanimously affirmed, with costs to the respondent.

STEVENS-AYISWORTH COMPANY, INC., Respondent, v. C. HILTEBRANT DRY DOCK COMPANY, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *Snell* v. *Niagara Paper Mills* (193 N. Y. 433) and *Untermyer* v. *Beinhauer* (105 id. 521). All concur.

WILLIAM SMITH, Respondent, v. EDWARD C. GRIFFITH, Appellant.— Judgment and order unanimously affirmed, with costs.

EUGENE M. STREHL, Respondent, v. ELIXMAN PAPER CORE COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs.

HENRY W. SOMERS, Respondent, v. GEORGE D. HARRIS, Appellant.—